# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-103-GF-BMM** |
| **Plaintiff,** | |
| vs. | **ORDER** |
| **PAULA MAE VALENZUELA,** | |
| **Defendant.** | |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the forfeiture allegation contained in the indictment is DISMISSED.

DATED this 5th day of June 2019.

_____
Brian Morris
United States District Court Judge

1